**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Chappell DEW, a/k/a J. Chappell Dew, Jr., a/k/a James Chappell Dew, Jr., a/k/a James C. Dew, Jr., Defendant–Appellant,**

**and**

**Veronica W. Dew; South Carolina Department of Revenue, Defendants.**

United States of America,
Plaintiff–Appellee,

v.

Veronica W. Dew, Defendant–
Appellant,

and

James Chappell Dew, a/k/a J. Chappell
Dew, Jr., a/k/a James Chappell Dew,
Jr., a/k/a James C. Dew, Jr.; South
Carolina Department of Revenue, De-
fendants.

No. 15-2062, No. 15-2063

United States Court of Appeals,
Fourth Circuit.

Submitted: October 25, 2016

Decided: November 10, 2016

James Chappell Dew, Veronica W. Dew,
Appellants Pro Se. Julie Ciamporcero
Avetta, Thomas J. Clark, United States
Department of Justice, Washington, D.C.,
John Douglas Barnett, Office of the United
States Attorney, Columbia, South Car-
olina, for Appellee.

Before WILKINSON and NIEMEYER,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James and Veronica Dew (Appellants)
appeal the district court's order and judg-
ment granting the United States' motion
for summary judgment in the United
States' action seeking to reduce to judg-
ment Appellants' federal income tax liabili-
ties, and to foreclose the federal tax liens
securing those liabilities on Appellants'
jointly owned real property. We have re-
viewed the record and have considered the
parties' arguments and discern no revers-
ible error. Accordingly, we grant James
Dew's application to proceed in forma pau-
peris and affirm the district court's amend-
ed judgment. United States v. Dew, No.
4:14-cv-00166-TLW (D.S.C. May 19, 2016).
We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
this court and argument would not aid the
decisional process.

AFFIRMED.